IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

DALLAS COUNTY PRIVATE
SCHOOL FOUNDATION, INC.
D/B/A JOHN T. MORGAN,

       PLAINTIFF,

VS.                                  CASE NO. 2:24-cv-00020

GENERAL STAR INDEMNITY
COMPANY, GENSTAR INSURANCE
SERVICES, LLC.,

       DEFENDANTS.

## DALLAS COUNTY PRIVATE SCHOOL FOUNDATION, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure pursuant to Rule 7.1 and Civil Local Rule 7.1, Plaintiff submits the following Disclosure Statement:

1.     Dallas County Private School Foundation, Inc. is an Alabama corporation with its principal place of business in Dallas County, Selma, Alabama.

2.     The Members and Board of Directors are as follows:

Beth Pearce, President
1 Houston Park Gardens, Selma, AL. 36701

Tres Wilkinson, Vice President
40 County Road 26, Sardis, AL. 36775

Kalee Peak, Secretary
3470 Landline Road, Selma, AL. 36701

1

Bryan Oliver, Principal and Headmaster
2901 west Dallas Avenue, Selma, Al 36701

Scott Brech
4087 AL Highway 22 North, Selma, AL. 36701

Rim Hammad
170 Lexington Drive, Selma, AL. 36701

Bryan Jones
4198 AL Highway 219, Selma, AL. 36701

Irvin Lovinggood
1257 County Road 17, Selma, AL. 36701

Rayne Osborn
116 Crescent Hill, Selma, AL. 36701

Sherie Leigh Ousley
404 Drayton Drive, Selma, AL. 36701

David Smith
270 Pardue Drive, Selma, AL. 36701

Nick Switzer
P. O. Box 93, Sardis, AL. 36775

Steven Wingo
40 Berkeley Road, Selma, AL. 36701

3. The Principal or Headmaster is Bryan Oliver.

4. The corporate office address for Dallas County Private School

Foundation, Inc. is 2901 West Dallas Avenue, Selma, Alabama 36701.

I certify that, except as disclosed, I am unaware of an actual or potential

conflict of interest affecting the district judge or the magistrate judge in this action,

2

and that I will amend this Disclosure Statement promptly upon learning of any

relevant changes or corrections.

Respectfully submitted this 23rd day of January, 2024.

/s/Gary V. Conchin
Gary V. Conchin (ASB-1263-C56G)
Patrick Lamar (ASB-3644—A53P)
Attorneys for Plaintiff

CONCHIN, COLE, JORDAN
  & SHERROD
2404 Commerce Court
Huntsville, Alabama 35801
Telephone: 256-705-7777
gary@alainjurylaw.com
patrick@alainjurylaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the counsel
of record listed below by electronic filing this 23rd day of January, 2024.

Stephen Kahn
FIELDS, HOWELL, LLP
665 8th Street, N.W.
Atlanta, Georgia 30318
404-214-1250 (Telephone)
404-214-1251 (Facsimile)
skahn@fieldshowell.com

/s/ Gary V. Conchin
Gary V. Conchin

3